FILED
CLERK, U.S. DISTRICT COURT
OCT 4 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Pedro Montano<br>DEFENDANT(S). | CASE NUMBER<br><br>5:11-MJ-00382<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __10/6/11_____, _____, at __2:30__ ☐ a.m. / ☒ p.m. before the Honorable OSWALD PARADA _____, in Courtroom __3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __10/4/11_____

_____
U.S. District Judge/Magistrate Judge